DOC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
THE HEWLETT PACKARD COMPANY,

                Plaintiff,         Case No. 06 CV 0390 (RPP)

    - against -           **DEFAULT JUDGMENT**

THE COMPUTER SPECIALISTS, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       This action having been commenced on January 19, 2006, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant The Computer Specialists, Inc. on January 25, 2006, via the Secretary of State of the State of New York pursuant to Bus. Corp. Law § 306(b)(1), and a proof of service having been filed on February 1, 2006, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and Plaintiff The Hewlett Packard Company having filed a motion for a default judgment on March 15, 2006, and said motion having been heard and granted on March 22, 2006,

       ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant in the liquidated amount of $371,491.14, with interest at 10% from

NYC 150089.1

April 8, 2005 amounting to $29,581.30, plus attorneys' fees from this action in the amount of $38,726.48, amounting in all to $439,798.92.

Dated: New York, New York
March ~~94~~ 2006
**31**

PBA

_____
U.S.D.J.

This document was entered on the docket on _____.